[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1569

 UNITED STATES,

 Appellee,

 v.

 CESAR MORALES-MARTINEZ,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Daniel R. Dominguez, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Jose R. Franco Rivera on brief for appellant. 
Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco, 
Chief, Criminal Division, W. Stephen Muldrow, and Rebecca Kellogg-de 
Jesus, Assistant United States Attorneys, on brief for appellee. 

 

 November 5, 1997
 

 Per Curiam. Upon careful review of the briefs and 

record presented in this appeal, we perceive no error in the

weapons adjustment, U.S.S.G. 2D1.1(b)(1), applied in

calculating defendant's sentence. That adjustment was

adequately supported by the government's version of the

facts, to which defendant admitted. Defendant's argument

that he did not possess the weapon "in connection with" the

drug transaction is unsupported by the appellate record, and

we will not disturb the district court's findings in that

regard. Further, given the differing circumstances in which

defendant and his co-defendant were arrested, charged, and

pled, we cannot conclude that the differing sentences imposed

upon them amounted to error. Thus we reject defendant's

equal protection argument, as well as his argument that he

should qualify for safety valve relief because his co-

defendant did so.

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-